FILED

2016 SEP 29 P 4: 38

CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 16 80209 MISC.

IN THE MATTER OF

Lee Humphrey Durst - #069704

)
)
)  Case Number:
)
)
)  **ORDER TO SHOW CAUSE RE**
)  **SUSPENSION FROM MEMBERSHIP**
)  **IN GOOD STANDING OF THE BAR**
)  **OF THE COURT**
)

TO:  Lee Humphrey Durst

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

     Suspended by the Supreme Court for 2 years effective August 28, 2016

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before November 14, 2016,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

     If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after November 14, 2016, absent further order of this Court.

     IT IS SO ORDERED.

Dated: 9/30/16

JAMES DONATO
United States District Judge

*Form updated July 2012*